UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20699-UU

WINDY LUCIUS,

    Plaintiff,

v.

GAM GROUP, LLC d/b/a SUNCYCLING,

    Defendant
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Windy Lucius ("Plaintiff") and Defendant GAM Group, LLC d/b/a Suncycling ("Defendant"), hereby file this Notice of Settlement, and inform the Court as follows:

1. The parties conducted mediation on August 27, 2021. Plaintiff has reached an agreement with Defendant GAM Group, LLC d/b/a Suncycling ("Defendant") to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

    Respectfully submitted,

| | |
|---|---|
| _/s/ J. Courtney Cunningham_ | _/s/ Megha M. Mahajan_ |
| J. Courtney Cunningham, Esq. | Megha M. Mahajan, Esq. |
| FBN: 628166 | (nka Meghaa Kumaarr) |
| J. COURTNEY CUNNINGHAM, PLLC | FBN: 91831 |
| 8950 SW 74th Court, Suite 2201 | LAW OFFICE OF ALEXIS GONZALEZ, P.A. |
| Miami, FL 33156 | 3162 Commodore Plaza, Suite 3E |
| T: 305-351-2014 | Coconut Grove, FL 33133 |
| F: 305-513-5942 | T: 305-233-9999 |
| cc@cunninghampllc.com | F: 305-233-1880 |
| Counsel for Plaintiff | mmahajan@aglawpa.com |
| | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ *J. Courtney Cunningham*
J. Courtney Cunningham, Esq.