UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20699-CIV-SINGHAL/MCALILEY

WINDY LUCIUS,

    Plaintiff,

v.

GAM GROUP, LLC d/b/a Suncycling,

    Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement (DE [33]). The Court having reviewed the Joint Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this action is administratively **CLOSED** without prejudice for Plaintiff to file a notice of voluntary dismissal by **September 29, 2021**. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case The Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of August 2021.

                                                                        RAAG SINGHAL
                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF